Jerry L. **ADAMS**, Plaintiff–Appellant,

v.

**G.M. JOHNSON**, Health Service Director; **H.J. Ponton**, Warden; **Sayed Kazi**, Prison Physician; **J. Fields**, Director of Treatment Programs; **G. Harris**, Registered Nurse, Defendants–Appellees.

No. 06–6453.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2006.

Decided: Oct. 5, 2006.

Jerry L. Adams, Appellant Pro Se.

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry L. Adams seeks to appeal the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint for failing to submit three copies of the complaint or to file a concise amended complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292

(2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Adams seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Domino Sugar Corp. v. Sugar Workers Local Union 392*, 10 F.3d 1064, 1067 (4th Cir.1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*